**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/6/2020_

-----------------------------------------------------------X

GUILLERMO CEPEDA,

                Plaintiff,

        -against-

NANCY A. BERRYHILL,

                Defendant.

-----------------------------------------------------------X

18 **CIVIL** 7304 (LGS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated January 6, 2020, Magistrate Judge Cave's Report and Recommendation is adopted in its entirety as the opinion of the Court; for the reasons stated in the Report and Recommendation , Plaintiff's motion for judgment on the pleadings is granted and Defendant's motion for judgment on the pleadings is denied; the decision by the Commissioner denying Plaintiff's application for Supplemental Security Income benefits under the Social Security Act is vacated and the case is remanded to the SSA for further proceedings; accordingly, the case is closed.

**Dated:** New York, New York
       January 6, 2020

**RUBY J. KRAJICK**

Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON __1/6/2020__